# Exhibit B

```
LOSHF           *          PUBLIC INFORMATION          *      03-11-2021
PAGE 001        *             INMATE DATA              *      08:11:57
                            AS OF 03-11-2021


REGNO..: 33746-112 NAME: SARAFIAN, HAROUT HAGOP

                    RESP OF: MVC
                    PHONE..: 814-768-1200    FAX: 814-342-5900
                                             RACE/SEX...: ASIAN/PAC.ISL. / MALE
                                             AGE:  36
PROJ REL MT: GOOD CONDUCT TIME RELEASE        PAR ELIG DT: N/A
PROJ REL DT: 03-23-2025                       PAR HEAR DT:




G0002       MORE PAGES TO FOLLOW . . .
```

Ex. B-01

```
LOSHF           *         PUBLIC INFORMATION          *     03-11-2021
PAGE 002        *            INMATE DATA              *     08:11:57
                          AS OF 03-11-2021

REGNO..: 33746-112 NAME: SARAFIAN, HAROUT HAGOP

                   RESP OF: MVC
                   PHONE..: 814-768-1200    FAX: 814-342-5900
HOME DETENTION ELIGIBILITY DATE: 09-23-2024

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  03-23-2025 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION..........: CALIFORNIA, CENTRAL DISTRICT
DOCKET NUMBER..................: CR 09-00068-(B) VAP
JUDGE..........................: PHILLIPS
DATE SENTENCED/PROBATION IMPOSED: 04-11-2012
DATE COMMITTED.................: 05-29-2012
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00        $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  512     18:2251-2,2260 OBSCENE MATTR
OFF/CHG: 18:2251(D)(1)(A),2251(E);2252A(A)(2),(B)(1);(B)(2) CONSPIRACY
         TO ADVERTISE; TRANSPORT, RECEIVE, DISTRIBUTE, SOLICIT, AND
         POSSESS CHILD PORNOGRAPHY

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   240 MONTHS
 TERM OF SUPERVISION............: LIFE
 NEW SENTENCE IMPOSED...........:   228 MONTHS
 BASIS FOR CHANGE...............: COURT ORDER MODIFYING SENTENCE
 DATE OF OFFENSE................: 01-01-2009




G0002       MORE PAGES TO FOLLOW . . .
```

```
 LOSHF           *         PUBLIC INFORMATION          *       03-11-2021
PAGE 003 OF 003 *             INMATE DATA              *       08:11:57
                           AS OF 03-11-2021


REGNO..: 33746-112 NAME: SARAFIAN, HAROUT HAGOP

                   RESP OF: MVC
                   PHONE..: 814-768-1200   FAX: 814-342-5900
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-31-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-05-2013 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 04-11-2012
TOTAL TERM IN EFFECT............:    228 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     19 YEARS
EARLIEST DATE OF OFFENSE........: 01-01-2009

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     01-14-2009    04-10-2012

TOTAL PRIOR CREDIT TIME.........: 1183
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1026
TOTAL GCT EARNED................: 648
STATUTORY RELEASE DATE PROJECTED: 03-23-2025
ELDERLY OFFENDER TWO THIRDS DATE: 09-14-2021
EXPIRATION FULL TERM DATE.......: 01-13-2028
TIME SERVED.....................:     12 YEARS       1 MONTHS      26 DAYS
PERCENTAGE OF FULL TERM SERVED..:   63.9
PERCENT OF STATUTORY TERM SERVED:   75.0

PROJECTED SATISFACTION DATE.....: 03-23-2025
PROJECTED SATISFACTION METHOD...: GCT REL




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

Ex. B-03

# Exhibit C

```
 LOSHF            *           INMATE DISCIPLINE DATA          *      03-11-2021
PAGE 001 OF 001  *       CHRONOLOGICAL DISCIPLINARY RECORD    *      08:09:53

REGISTER NO: 33746-112 NAME..: SARAFIAN, HAROUT HAGOP
FUNCTION...: PRT       FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 03-11-2021




G5463      NO ENTRIES EXIST IN CHRONOLOGICAL LOG FOR TIME PERIOD REQUESTED
```

Ex. C-01

# Exhibit G

```
LOSHF  531.01 *            INMATE HISTORY             *    03-11-2021
PAGE 001 OF 001 *             CARE LEVEL              *    08:07:18

    REG NO..: 33746-112  NAME....: SARAFIAN, HAROUT HAGOP
    CATEGORY: CAR        FUNCTION: PRT       FORMAT:

 FCL    ASSIGNMENT  DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
 MVC    CARE1       HEALTHY OR SIMPLE CHRONIC CARE 07-29-2013 1151 CURRENT
 MVC    CARE1-MH    CARE1-MENTAL HEALTH            06-05-2012 1104 CURRENT
 LOS    CARE1       HEALTHY OR SIMPLE CHRONIC CARE 05-30-2012 1411 07-29-2013 1151
 LOF    SCRN2-MH    SCRN2-MENTAL HEALTH            04-24-2012 0757 06-05-2012 1104
 LOF    SCRN1       CCM: HEALTHY/SIMPLE CARE       04-24-2012 0757 05-30-2012 1411
 LOS    SCRN1-MH    SCRN1-MENTAL HEALTH            10-18-2010 1300 04-24-2012 0757
 LOS    CARE1       HEALTHY OR SIMPLE CHRONIC CARE 01-14-2009 1515 04-24-2012 0757




 G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

Ex. G-01

# Exhibit H

```
 LOSHF  531.01 *            INMATE HISTORY              *      03-11-2021
PAGE 001 OF 001 *              FIRST STEP               *        08:07:42

     REG NO..: 33746-112  NAME....: SARAFIAN, HAROUT HAGOP
     CATEGORY: FSA        FUNCTION: PRT       FORMAT:

     FCL    ASSIGNMENT DESCRIPTION               START DATE/TIME STOP  DATE/TIME
     MVC    FTC INELIG FTC-INELIGIBLE-REVIEWED   12-06-2019 0935 CURRENT
     MVC    INELIG AUT FTC-INELIGIBLE OFF CODE - AUTO 12-17-2019 1513 CURRENT
     MVC    R-MIN      MINIMUM RISK RECIDIVISM LEVEL 12-07-2020 0812 CURRENT
     MVC    R-MIN      MINIMUM RISK RECIDIVISM LEVEL 06-22-2020 0748 12-07-2020 0812
     MVC    R-LW       LOW RISK RECIDIVISM LEVEL     12-06-2019 0935 06-22-2020 0748
     MVC    UNREVW HIS UNREVIEWED OFFENSES           10-06-2019 1803 12-06-2019 0935
     MVC    UNASSG RSK UNASSIGNED RISK LEVEL         10-06-2019 1803 12-06-2019 0935




     G0000           TRANSACTION SUCCESSFULLY COMPLETED
```

Ex. H-01

# Exhibit J

```
LOSHF    531.01 *             INMATE HISTORY          *        03-11-2021
PAGE 001 OF 001 *                LEVEL                *         08:08:06

 REG NO..: 33746-112 NAME....: SARAFIAN, HAROUT HAGOP
 CATEGORY: LEV       FUNCTION: PRT       FORMAT:

 FCL    ASSIGNMENT DESCRIPTION              START DATE/TIME STOP  DATE/TIME
 MVC    LOW        SECURITY CLASSIFICATION LOW   04-24-2012 0757 CURRENT
 LOS    UNASSG     UNASSIGNED                    01-14-2009 1456 04-24-2012 0757




 G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

Ex. J-01

# Exhibit L

BOP# 33746-112

## DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION DETAINER - NOTICE OF ACTION

FBI NUMBER: 765932CD0
SID NUMBER:
JAIL NUMBER: BOP#33746-112

A NUMBER: A096 658 699
DATE: 06/01/2012

TO: Federal Correctional Complex - Low
3600 Guard Road, Lompoc CA 93436 -
OR Any Subsequent Law Enforcement Agency

FROM: (Department of Homeland Security Office Address)
ERO - Lompoc, CA IHP Sub-Office
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
3600 GUARD RD, LOMPOC, CA 93436

### MAINTAIN CUSTODY OF ALIEN FOR A PERIOD NOT TO EXCEED 48 HOURS

Name of Alien: SARAFIAN, Harout H

AKA: SARAFIAN, Harout Hagop

Date of Birth: 02/13/1985   Nationality: Lebanon   Sex: Male

**THE U.S. DEPARTMENT OF HOMELAND SECURITY (DHS) HAS TAKEN THE FOLLOWING ACTION RELATED TO THE PERSON IDENTIFIED ABOVE, CURRENTLY IN YOUR CUSTODY:**

- [✓] Initiated an investigation to determine whether this person is subject to removal from the United States.
- [ ] Initiated removal proceedings and served a Notice to Appear or other charging document. A copy of the charging document is attached and was served on _____ (Date).
- [ ] Served a warrant of arrest for removal proceedings. A copy of the warrant is attached and was served on _____ (Date).
- [ ] Obtained an order of deportation or removal from the United States for this person.

*This action does not limit your discretion to make decisions related to this person's custody classification, work, quarter assignments, or other matters. DHS discourages dismissing criminal charges based on the existence of a detainer.*

**IT IS REQUESTED THAT YOU:**

- [✓] Maintain custody of the subject for a period **NOT TO EXCEED 48 HOURS**, excluding Saturdays, Sundays, and holidays, beyond the time when the subject would have otherwise been released from your custody to allow DHS to take custody of the subject. This request flows from federal regulation 8 C.F.R. § 287.7, which provides that a law enforcement agency "shall maintain custody of an alien" once a detainer has been issued by DHS. You are not authorized to hold the subject beyond these 48 hours. As early as possible prior to the time you otherwise would release the subject, please notify the Department by calling 805-740-1122 during business hours or 231-830-4925 after hours or in an emergency. If you cannot reach a Department Official at these numbers, please contact the Immigration and Customs Enforcement (ICE) Law Enforcement Support Center in Burlington, Vermont at: (802) 872-6020.
- [✓] Provide a copy to the subject of this detainer.
- [✓] Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
- [✓] Notify this office in the event of the inmate's death, hospitalization or transfer to another institution.
- [ ] Consider this request for a detainer operative only upon the subject's conviction.
- [ ] Cancel the detainer previously placed by this Office on _____ (Date).

Renato Maglaya - Immigration and Enforcement Agent
(Name and title of Immigration Officer)

(Signature of Immigration Officer)

**TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE SUBJECT OF THIS NOTICE:**

Please provide the information below, sign, and return to the Department using the envelope enclosed for your convenience or by faxing a copy to _____. You should maintain a copy for your own records so you may track the case and not hold the subject beyond the 48-hour period.

Local Booking or Inmate # _____   Date of latest criminal charge/conviction: _____
Last criminal charge/conviction: _____
Estimated release date: _____

Notice: Once in our custody, the subject of this detainer may be removed from the United States. If the individual may be the victim of a crime, or if you want this individual to remain in the United States for prosecution or other law enforcement purposes, including acting as a witness, please notify the ICE Law Enforcement Support Center at (802) 872-6020.

(Name and title of Officer)   (Signature of Officer)

DHS Form I-247 (12/11)   Page 1 of 3
Ex. L-01